FILED

January 9, 2024

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
WACO DIVISION

CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
By:       TA
Deputy

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>Plaintiff<br><br>v<br><br>(1) LEONARD ANTHONY KIRKLAND<br><br>Defendant | **6:24-cr-00006(1)**<br><br>I N D I C T M E N T<br><br>[COUNT ONE: 18 U.S.C. 922(g)(1) & 924(a)(8) -- Possession of Firearm by a Convicted Felon] |

THE GRAND JURY CHARGES:

On or about October 12, 2023, in the Western District of Texas, Defendant,

**LEONARD ANTHONY KIRKLAND,**

being a person who knew he had previously been convicted of the following crime punishable by

imprisonment for a term exceeding one year, to-wit:

> On December 1, 2022, LEONARD ANTHONY KIRKLAND was convicted of *Aggravated Assault Bodily Injury with a Deadly Weapon* in the 426th Judicial District Court of Bell County, Texas, in Cause Number 80304;

did knowingly possess the following firearm, to-wit:

> A Smith & Wesson, .38 caliber revolver, with unknown serial number;

said firearm having moved in commerce and affecting commerce, in violation of Title 18, United States

Code, Sections 922(g)(1) and 924(a)(8).

A TRUE BILL

FOREPERSON

JAIME ESPARZA
UNITED STATES ATTORNEY

By:

CHRISTOPHER M. BLANTON
Assistant United States Attorney